| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Henderson, Karen L. | 2. Court or Organization US Circuit Court of Appeals | 3. Date of Report 05/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address US Courthouse, Room 3118 333 Constitution Avenue, NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Henderson, Karen L.

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

(3)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. | Wachovia Bank Account | A | Interest | J | T | | |
| 2. | Suntrust Bank Checking Account | A | Interest | J | T | | |
| 3. | Suntrust Bank Investment Account | A | Dividend | M | T | | |
| 4. | Allis Chalmers Energy Inc.: Common | | None | J | W | | |
| 5. | Citigroup Account Contains: | | | | | | |
| 6. | **Smith Barney Cash Accounts | A | Interest | J | T | | |
| 7. | **AT&T Inc.: Common | B | Dividend | K | T | | |
| 8. | **Alcatel-Lucent: Common | | None | J | T | | |
| 9. | **NCR Corp: Common | | None | J | T | | |
| 10. | **Teradata Corp: Common | | None | J | T | | |
| 11. | **LSI Corporation: Common | | None | J | T | | |
| 12. | **International Business Machines: Common | A | Dividend | J | T | | |
| 13. | IRA CD: Wachovia Bank | A | Interest | J | T | | |
| 14. | IRA: Citigroup Contains: | | | | | | |
| 15. | **AT&T Inc.: Common | C | Dividend | L | T | | |
| 16. | **Citigroup Inc.: Common | | None | J | T | | |
| 17. | **Alcatel-Lucent: Common | | None | J | T | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. **Intl Business Machines Corp.: Common | B | Dividend | L | T | | | | | |
| 19. **NCR Corp.: Common | | None | J | T | | | | | |
| 20. **Teradata Corp: Common | | None | J | T | | | | | |
| 21. **Citigroup Cash Accounts | A | Interest | L | T | | | | | |
| 22. **LSI Corporation: Common | | None | J | T | | | | | |
| 23. **Traveler's Companies: Common | A | Dividend | J | T | | | | | |
| 24. Merrill Lynch Account Contains: | | | | | | | | | |
| 25. **Federal Signal Corp.: Common | B | Dividend | K | T | | | | | |
| 26. **Schlumberger Ltd: Common | C | Dividend | N | T | Buy (add'l) | 10/06/09 | J | | |
| 27. **CD: Banco Pop Puerto Rico | B | Interest | | | Redeemed | 04/23/09 | L | | |
| 28. **CD: GE Capital Financial, Inc. | C | Interest | | | Redeemed | 07/16/09 | L | | |
| 29. **CD: Bank of Baroda, NY | C | Interest | | | Redeemed | 07/23/09 | L | | |
| 30. **CD: Capmark Bank | C | Interest | | | Redeemed | 07/23/09 | L | | |
| 31. **CD: Capital One Bank | C | Interest | L | T | | | | | |
| 32. **CD: Capital One NA McLean | C | Interest | L | T | | | | | |
| 33. **CD: Bank of America | | None | L | T | Buy | 10/30/09 | L | | |
| 34. **CD: Firstbank of PR | | None | L | T | Buy | 10/30/09 | L | | |

1 Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | **CD: Bank of America | A | Interest | | | Buy | 04/20/09 | M | | |
| 36. | | | | | | Sold | 10/29/09 | M | | |
| 37. | **Arizona Sch Facs BRD 5.0% | | None | K | T | Buy | 07/20/09 | K | | |
| 38. | **South Carolina Transn Infra 5.25% | D | Interest | | | Redeemed | 10/01/09 | M | | |
| 39. | **Rock Hill SC Util Sys RV 4.4% | A | Interest | | | Redeemed | 01/02/09 | K | | |
| 40. | **Piedmont Muncipal Power Agency SC 5.25% | A | Interest | | | Redeemed | 01/02/09 | J | | |
| 41. | **Georgia State 5.0% | | None | K | T | Buy | 07/20/09 | K | | |
| 42. | **Georgia State 5.0% | | None | J | T | Buy | 07/20/09 | J | | |
| 43. | **Charlotte NC CTFS 4.0% | | None | M | T | Buy | 09/29/09 | M | | |
| 44. | **New Jersey Econ Dev 5.0% | A | Interest | L | T | Buy | 07/20/09 | L | | |
| 45. | **New Jersey Econ Dev 5.0% | A | Interest | L | T | Buy | 07/20/09 | L | | |
| 46. | **Laurens Co SC Wtswc WDSR 3.0% | A | Interest | | | Redeemed | 03/02/09 | J | | |
| 47. | **Berkeley Cnty SC Sch Dist. 5.75% | B | Interest | K | T | | | | | |
| 48. | **Laurens Co SC Wtrswr 3.4% | A | Interest | K | T | Buy | 01/01/09 | K | | |
| 49. | **SC Transn Infrastr Rev 5.0% | C | Interest | M | T | | | | | |
| 50. | **SC Jobs EDA Hsp Fcs 5.0% | A | Interest | J | T | Redeemed (part) | 11/02/09 | J | | |
| 51. | **Beaufort Cnty SC OID 2.875% | B | Interest | L | T | | | | | |

1 Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000 (See Columns B1 and D4); F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2 Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000 (See Columns C1 and D3); N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000; P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3 Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market (See Column C2); U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. **South Carolina St Hwy 5.0% | B | Interest | L | T | | | | | |
| 53. **South Carolina St Hwy 5.0% | B | Interest | L | T | | | | | |
| 54. **South Carolina Transn Infra Ser 5.1% | C | Interest | L | T | | | | | |
| 55. **California ST Economic 5.75% | B | Interest | K | T | | | | | |
| 56. **Clemson University, SC 4.0% | C | Interest | L | T | | | | | |
| 57. **New York, NYC Tran Fin 5.5% | C | Interest | L | T | | | | | |
| 58. **New York, NY 6.0% | C | Interest | L | T | | | | | |
| 59. **Florida St Dept Transn 5.0% | C | Interest | M | T | | | | | |
| 60. **South Dakota St Bldg 5.0% | B | Interest | K | T | | | | | |
| 61. **Halliburton Co.: Common | A | Dividend | K | T | | | | | |
| 62. **Transocean Inc.: Common | | None | L | T | | | | | |
| 63. **Merrill Lynch Cash Accounts | A | Interest | J | T | | | | | |
| 64. **Delhaize Group Spons Adr: Common | A | Dividend | K | T | | | | | |
| 65. **El Paso Corporation: Common | A | Dividend | K | T | | | | | |
| 66. **Valhi Inc.: Common | A | Dividend | J | T | | | | | |
| 67. **Titanium Metals Corp. | | None | J | T | | | | | |
| 68. **DirecTV Group Inc.: Common | | None | J | T | | | | | |

1 Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. **News Corp Ltd: Common | A | Dividend | J | T | | | | | |
| 70. **Allstate Corp: Common | A | Dividend | J | T | | | | | |
| 71. **Morgan Stanley: Common | A | Dividend | J | T | | | | | |
| 72. **Discover Financial Services: Common | A | Dividend | J | T | | | | | |
| 73. **Chevron Corp: Common | C | Dividend | M | T | | | | | |
| 74. **Marathon Oil Corp: Common | B | Dividend | L | T | | | | | |
| 75. **Royal Dutch Shell PLC | C | Dividend | M | T | Buy | 07/20/09 | M | | |
| 76. Merrill Lynch IRA Contains: | | | | | | | | | |
| 77. **AT&T, Inc.: Common | A | Dividend | J | T | | | | | |
| 78. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 79. **LSI Corporation: Common | | None | J | T | | | | | |
| 80. **Marathon Oil Corp: Common | C | Dividend | M | T | | | | | |
| 81. **Merrill Lynch Cash Accounts | A | Interest | J | T | | | | | |
| 82. Wachovia Rollover IRA Contains: | | | | | | | | | |
| 83. **US Treasury Bills Due 07/09/09 | B | Interest | | | Buy | 01/09/09 | P1 | | |
| 84. | | | | | Redeemed | 07/09/09 | P1 | | |
| 85. **Wachovia PT Money Market Fund | A | Interest | J | T | | | | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. **United States Treasury Bills Due 01/08/2009 | D | Interest | | | Redeemed | 01/08/09 | P1 | | |
| 87. **United States Treasury Bills Due 12/31/2009 | B | Interest | | | Buy | 07/07/09 | P1 | | |
| 88. | | | | | Redeemed | 12/31/09 | P1 | | |
| 89. **United States Treasury Bills Due 07/01/10 | | None | P1 | T | Buy | 12/31/09 | P1 | | |
| 90. The Black & Decker Corp.: Common | A | Dividend | K | T | | | | | |
| 91. Bank America Corp.: Common | B | Dividend | N | T | | | | | |
| 92. The Boeing Co.: Common | D | Dividend | N | T | | | | | |
| 93. Campbell Soup Co.: Common | D | Dividend | M | T | | | | | |
| 94. Colgate-Palmolive Co.: Common | D | Dividend | O | T | | | | | |
| 95. General Electric Co.: Common | E | Dividend | O | T | | | | | |
| 96. The Goodyear Tire & Rubber Co.:Common | | None | K | T | | | | | |
| 97. IBM Corp.: Common | C | Dividend | M | T | | | | | |
| 98. Exxon-Mobil Corp.: Common | D | Dividend | N | T | | | | | |
| 99. El Paso Energy: Common | A | Dividend | K | T | | | | | |
| 100. Pfizer Co.: Common | D | Dividend | M | T | | | | | |
| 101. Solutia Inc.: Common | | None | J | T | | | | | |
| 102. Marathon Group: Common | C | Dividend | L | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000 (See Columns B1 and D4)
F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000 (See Columns C1 and D3)
N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market (See Column C2)
U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Monsanto: Common | C | Dividend | M | T | | | | | |
| 104. Chevron Corporation: Common | D | Dividend | M | T | | | | | |
| 105. Weyerhaeuser Co.: Common | A | Dividend | L | T | | | | | |
| 106. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 107. Springtree Associates Partnership: 1% Interest - Columbia, SC | C | Rent | J | W | | | | | |
| 108. Wachovia Bank Accounts: | A | Interest | L | T | | | | | |
| 109. First Citizens Bank Account | A | Interest | K | T | | | | | |
| 110. NBSC Money Market Account | A | Interest | K | T | Open | 07/01/09 | K | | |
| 111. CD: Carolina First | B | Interest | L | T | | | | | |
| 112. CD: NBSC | B | Interest | K | T | | | | | |
| 113. CD: South Carolina Bank & Trust | A | Interest | K | T | | | | | |
| 114. CD: First Citizens Bank | B | Interest | K | T | | | | | |
| 115. CD: BB&T | A | Interest | L | T | Buy | 07/01/09 | L | | |
| 116. Minnesota Mutual Life Insurance Policy | B | Dividend | L | T | | | | | |
| 117. John Hancock Life Insurance Policy | A | Dividend | J | T | | | | | |
| 118. Merrill Lynch SEP Contains: | | | | | | | | | |
| 119. **Merrill Lynch SEP Cash Accounts | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. **Chevron Corp. Common | C | Dividend | M | T | | | | | |
| 121. **American Growth Fund of America | A | Dividend | K | T | | | | | |
| 122. **American Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 123. **Thornburg International Value Fund | A | Dividend | L | T | | | | | |
| 124. Wachovia Bank Trust Contains: | | | | | | | | | |
| 125. **Artio Intl Equity Fund | A | Dividend | J | T | Buy (add'l) | 03/02/09 | J | | |
| 126. | | | | | Sold (part) | 06/11/09 | J | A | |
| 127. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 128. | | | | | Sold (part) | 10/02/09 | J | A | |
| 129. **Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy (add'l) | 03/02/09 | J | | |
| 130. | | | | | Sold (part) | 06/11/09 | J | A | |
| 131. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 132. | | | | | Sold (part) | 10/02/09 | J | A | |
| 133. **Evergreen Equity Tr Intrinsic Value Fund | A | Dividend | J | T | Buy (add'l) | 03/02/09 | J | | |
| 134. **Golden Large Core Value Fund | A | Dividend | K | T | Buy (add'l) | 03/02/09 | J | | |
| 135. | | | | | Buy (add'l) | 03/11/09 | J | | |
| 136. | | | | | Sold (part) | 06/11/09 | J | A | |

1 Income Gain Codes     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes          J =$15,000 or less    K =$15,001 - $50,000   L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                       P3 =$25,000,001 - $50,000,000                    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal         R =Cost (Real Estate Only)  S =Assessment          T =Cash Market
(See Column C2)         U =Book Value        V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 138. **Goldman Sachs Growth Opportunity Fund | | None | J | T | Sold (part) | 06/11/09 | J | A | |
| 139. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 140. | | | | | Sold (part) | 10/02/09 | J | A | |
| 141. **Goldman Sachs Large Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 03/02/09 | J | | |
| 142. | | | | | Buy (add'l) | 03/11/09 | J | | |
| 143. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 144. **ING International Real Estate Unit | A | Dividend | J | T | Buy (add'l) | 03/02/09 | J | | |
| 145. | | | | | Sold (part) | 06/11/09 | J | A | |
| 146. **Janus Advisor Perkins Mid Cap Fund | A | Dividend | J | T | Buy (add'l) | 03/02/09 | J | | |
| 147. | | | | | Sold (part) | 06/11/09 | J | A | |
| 148. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 149. **Royce Value Plus Fund | | None | J | T | Sold (part) | 06/11/09 | J | A | |
| 150. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 151. **SSGA Emerging Markets Fund | A | Dividend | J | T | Sold (part) | 06/11/09 | J | A | |
| 152. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 153. | | | | | Sold (part) | 10/02/09 | J | A | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. **Wells Fargo Advantage Endeavor Select Fund | A | Dividend | J | T | Buy (add'l) | 03/02/09 | J | | |
| 155. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 156. **Nuveen Funds Ltd Trm Muni Fund | A | Dividend | J | T | Sold (part) | 03/02/09 | J | A | |
| 157. | | | | | Buy (add'l) | 06/11/09 | J | | |
| 158. | | | | | Sold (part) | 07/02/09 | J | A | |
| 159. | | | | | Buy (add'l) | 10/02/09 | J | | |
| 160. **Vanguard Intermediate-Term Tax-Exempt Fund | A | Dividend | K | T | Sold (part) | 03/02/09 | J | A | |
| 161. | | | | | Buy (add'l) | 06/11/09 | J | | |
| 162. | | | | | Sold (part) | 07/02/09 | J | A | |
| 163. | | | | | Buy (add'l) | 10/02/09 | J | | |
| 164. **Golden Small Core Value | | None | J | T | Buy (add'l) | 03/02/09 | J | | |
| 165. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 166. **Pimco Commodity Real Return Strategy Fund | A | Dividend | J | T | Buy (add'l) | 03/02/09 | J | | |
| 167. | | | | | Sold (part) | 06/11/09 | J | | |
| 168. **Rowe T. Price Real Estate Fund | A | Dividend | J | T | Buy (add'l) | 03/11/09 | J | | |
| 169. | | | | | Sold (part) | 06/11/09 | J | | |
| 170. | | | | | Sold (part) | 10/02/09 | J | | |

| 1. Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | | | P3 = $25,000,001 - $50,000,000 | P4 = More than $50,000,000 | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. **Evergreen International Bond Fund | A | Dividend | J | T | | | | | |
| 172. **Nuveen Funds High Yield Muni Fund | A | Dividend | J | T | Sold (part) | 03/02/09 | J | | |
| 173. | | | | | Buy (add'l) | 06/11/09 | J | | |
| 174. | | | | | Sold (part) | 07/02/09 | J | | |
| 175. **Pimco Emerging Markets Bond Fund | A | Dividend | J | T | Sold (part) | 03/11/09 | J | | |
| 176. | | | | | Sold (part) | 07/02/09 | J | | |
| 177. **Pimco Foreign Bond Fund | A | Dividend | J | T | Sold (part) | 10/02/09 | J | A | |
| 178. **Evergreen Intermediate Municipal Bond Fund | A | Dividend | K | T | Sold (part) | 03/02/09 | J | A | |
| 179. | | | | | Buy (add'l) | 06/11/09 | J | | |
| 180. | | | | | Sold (part) | 07/02/09 | J | A | |
| 181. **Dreyfus Tax Exempt Cash Management Fund | A | Interest | J | T | | | | | |
| 182. Wachovia Brokerage Account Contains: | | | | | | | | | |
| 183. **US Treasury Bill Due 09/17/09 | C | Interest | | | Buy | 03/16/09 | P1 | | |
| 184. | | | | | Redeemed | 09/17/09 | P1 | | |
| 185. **US Treasury Bill Due 03/19/09 | D | Interest | | | Redeemed | 03/19/09 | P1 | | |
| 186. **US Treasury Bill Due 03/18/10 | | None | P1 | T | Buy | 09/14/09 | P1 | | |
| 187. | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
   (See Columns B1 and D4): F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
   (See Columns C1 and D3): N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
   (See Column C2): U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544